EAG
F.# 2018R02344

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

BRYAN CHO,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D  O R D E R

CR 21-40 (AMD)

Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Elizabeth Geddes, for an order unsealing the indictment and arrest warrant in the above-captioned matter.

WHEREFORE, it is ordered that the indictment and arrest warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
             Jan 26, 2021

                                                        s/Cheryl Pollak
                                           HONORABLE CHERYL L. POLLAK
                                           UNITED STATES MAGISTRATE JUDGE
                                           EASTERN DISTRICT OF NEW YORK

Case 1:21-cr-00040-AMD   Document 3   Filed 01/26/21   Page 2 of 2 PageID #: 19



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EAG
F. #2018R02344

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 26, 2021

By E-mail

The Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Bryan Cho
                  Criminal Docket No. 21-40 (AMD)

Dear Chief Judge Pollak:

      The government respectfully moves for an order unsealing the indictment and arrest warrant in the above-captioned matter.

                                  Respectfully submitted,

                                  SETH D. DuCHARME
                                  Acting United States Attorney

                      By:         /s/
                                  Elizabeth Geddes
                                  Assistant U.S. Attorney
                                  (718) 254-6430

Enclosure

cc:    Clerk of Court (by ECF)
        Marshall Miller, Esq. (by ECF)