

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EAG/FTB
F. #2018R02344

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 28, 2021

By ECF

The Honorable Ann M. Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Bryan Cho
           Criminal Docket No. 21-40 (AMD)

Dear Judge Donnelly:

      On January 27, 2021, the Court scheduled an initial status conference in the above-referenced matter for February 8, 2021 at 10:30 a.m. The government subsequently learned that the Metropolitan Detention Center in Brooklyn (the "MDC") could not accommodate a virtual appearance for the defendant at 10:30 a.m., but would be able to accommodate a virtual appearance at 9:00 a.m. The government therefore respectfully submits this letter to request that the Court change the time of the previously-scheduled appearance on February 8, 2021 from 10:30 a.m. to 9:00 a.m. Defense counsel has advised that he is available at the proposed new time.

      Respectfully submitted,

      SETH D. DuCHARME
      Acting United States Attorney

By:   /s/
      Elizabeth Geddes
      Turner Buford.
      Assistant U.S. Attorneys
      (718) 254-7000