# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| USA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cr-00040 |
| Bryan Cho | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   Defendant: Bryan Cho                                                                                   .

Date:   02/05/2021                                           /s/Shawn Geovjian Crowley
                                                                       *Attorney's signature*

                                                           Shawn Geovjian Crowley - BAR #5019195
                                                                   *Printed name and bar number*

                                                           Kaplan Hecker & Fink LLP 350 Fifth Avenue, Suite
                                                                          7110 New York, NY 10118
                                                                                *Address*

                                                                     scrowley@kaplanhecker.com
                                                                           *E-mail address*

                                                                            (212) 783-0883
                                                                         *Telephone number*

                                                                            (212) 564-0883
                                                                             *FAX number*