

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EAG/FTB
F. #2018R02344

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 8, 2021

By E-mail and ECF

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:    United States v. Bryan Cho
              Criminal Docket No. 21-040 (AMD)

Dear Judge Donnelly:

      Pursuant to the Court's direction during the status conference held earlier today in the above-referenced case, the government writes respectfully to advise the Court that the government was able to work with counsel for the Bureau of Prisons to obtain an executed copy of the HIPAA-waiver form discussed during the conference. The executed form has been transmitted to defense counsel.

      Respectfully submitted,

      SETH D. DuCHARME
      Acting United States Attorney

By:    /s/
      Elizabeth A. Geddes
      F. Turner Buford
      Assistant U.S. Attorneys
      (718) 254-6430/6483

cc:    Counsel of Record (by Email and ECF)