# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL 929.294.2545
DIRECT EMAIL mmiller@kaplanhecker.com

February 11, 2021

**VIA ECF**

The Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      *Re:*    *U.S. v. Cho*, No. 21-cr-0040-AMD

Dear Judge Bloom:

    We represent Bryan Cho in the above-captioned proceeding and write to respectfully request that the Court grant the enclosed order requiring Warden Tellez to provide telephonic access to our client today at 2:00pm.

                          Respectfully submitted,

                          */s/ Marshall L. Miller*

                          Marshall L. Miller
                          KAPLAN HECKER & FINK LLP
                          350 Fifth Avenue, Suite 7110
                          New York, New York 10118
                          Telephone: (212) 763-0883
                          Facsimile: (212) 564-0883
                          mmiller@kaplanhecker.com

                          *Counsel for Bryan Cho*

cc:    (by ECF)

Assistant United States Attorneys Elizabeth Geddes and Turner Buford