**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

v.

BRYAN CHO,

                              Defendant.

No. 21-CR-40-AMD

LOIS BLOOM, Magistrate Judge

     Upon the application of Marshall L. Miller, Esq., counsel for Bryan Cho, a defendant in the above-captioned case, dated February 11, 2021;

     IT IS HEREBY ORDERED, that Warden Tellez make Bryan Cho, Inmate Register No. 27140-509, available for an attorney-client protected phone call with counsel at 2:00pm on February 11, 2021, and that Warden Tellez arrange for Mr. Cho to call counsel at that time.

Dated: New York, NY
     February 11, 2021

SO ORDERED:

_____
Hon. Lois Bloom
United States Magistrate Judge