# MINUTE ENTRY FOR CRIMINAL PROCEEDING
VIA AT&T 1-877-810-9415

BEFORE MAG. Lois Bloom    DATE : 2/11/2021

DOCKET NUMBER: 21 CR 40 (AMD)    LOG # : 11;07-11;56am

DEFENDANT'S NAME : Bryan Cho (dft's appearance waived)
___ Present    _X_ Not Present    _X_ Custody    ___ Bail

DEFENSE COUNSEL: Marshall Miller, Andrew Chesley, Shawn Crowley
___ Federal Defender    ___ CJA    ___ Retained

A.U.S.A: Liz Geddes and Turner BufordS    CLERK: SM Yuen

INTERPRETER: _____ (Language)

Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.    ___ Defendant's first appearance.

   ___ Bond set at _____.
   Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.    ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered.    Start _____    Stop _____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: Bail hearing held. Defense to gather more sureties to secured a bond. Order of detention continued.