# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE     **Peggy Kuo**                              DATE :   **3/4/21**
                                                                                               877-810-9415
DOCKET NUMBER:     **21CR40(AMD)**                    AT&T LOG #:    **2:15-3:15**

DEFENDANT'S NAME :     **Bryan Cho**
                    ___ Present     **X** Not Present     **X** Custody     ___ Bail

DEFENSE COUNSEL:     **Marshall Miller**
                    ___ Federal Defender     ___ CJA     **X** Retained

A.U.S.A:   **Turner Buford & Elizabeth Geddes**          CLERK:   **Felix Chin**

INTERPRETER : _____ (Language) _____

___ Defendant arraigned on the : ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

**X** DETENTION HEARING Held.     ___ Defendant's first appearance.

  ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Rule 5f warnings given to the Govt.     ___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge

Other Rulings :   **All parties appeared via teleconference. Dfse counsel waived dft's appearance. Pretrial Officer Bianca Carter appeared via teleconference. Korean interpreter Arien Green Pinto appeared via teleconference on stand by for surety. Dfse counsel presented a bail application with 3 sureties; govt opposed based on risk of flight; court denied application. Order of detention remains in effect.**