

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

EAG
F. #2018R02344

*271 Cadman Plaza East
Brooklyn, New York 11201*

May 27, 2021

<u>By ECF</u>

The Honorable Ann M. Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  <u>United States v. Bryan Cho
       Criminal Docket No. 21-40 (AMD)</u>

Dear Judge Donnelly,

  Defense counsel for the defendant Bryan Cho has advised that the defendant intends to enter a guilty plea, pursuant to a plea agreement extended by the government, in the above-referenced case and wishes to appear for the guilty plea proceeding by video. The parties therefore jointly request that the Court schedule an appearance for the guilty plea and understand that the Court is available for a guilty plea proceeding by video on June 4, 2021 at 12:00 p.m. The Brooklyn MDC has advised that it can accommodate a guilty plea proceeding by video at that time.

            Respectfully submitted,

            MARK J. LESKO
            Acting United States Attorney

       By:  /s/
          Elizabeth A. Geddes
          F. Turner Buford
          Assistant U.S. Attorneys
          (718) 254-7000

Cc:  All Counsel (by ECF)
   Clerk of the Court (AMD) (by ECF)