

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FR:CSK
F. #2018R02344

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 8, 2021

By ECF
The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Bryan Cho
      Criminal Docket No. 21-40 (AMD)

Dear Judge Donnelly:

   Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-captioned case, the terms of which the defendant, Bryan Cho, has agreed to in connection with his guilty plea accepted by Your Honor on June 4, 2021. The government respectfully requests that the Court "so order" and enter the enclosed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

              Respectfully submitted,

              MARK J. LESKO
              Acting United States Attorney

          By: /s/ Claire S. Kedeshian
              Claire S. Kedeshian
              Assistant U.S. Attorney
              (718) 254- 6051

Encl.: Order of Forfeiture
cc:  Counsel of Record (by ECF)