# EXHIBIT A

LETTER FROM BRYAN CHO

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
25 Cadman Plaza East
Brooklyn, New York 11201


Dear Judge Donnelly,

I want to apologize to everyone that has been affected by the decisions that have led me to be here today. I want to specifically apologize to the IRS and the U.S. government for betraying the trust that the American people put into public servants. Because of my role as a federal law enforcement agent, I had a special obligation to act with integrity in my professional and personal life. Instead, I chose to put my own interests ahead of the IRS's and the country's. What I did was terribly wrong, and I deeply regret my decisions.

I also want to apologize to my family. The last 14 months have been so hard on Esther and our daughters, and I know that the next several years may be even more challenging. Esther and I have lived apart from our families in Korea for decades, and as a result there are no family members here in the U.S. who can take care of my wife and daughters while I am gone. I cannot sleep because I am concerned about their safety – it is on my mind constantly and I regret deeply that I have put them in this situation.

My commitment to my wife and daughters is a big part of what drove me to accept responsibility for my actions and plead guilty. I want to move on with my life so I can get back to my family as soon as possible.

The last 9 months at the MDC have been extremely difficult.  Because of COVID-19, I have spent many hours alone in my cell with little access to the outside world.  This time alone has brought into focus how important my family is to me, how serious the mistakes I made were, and how much I want to get on with my life. I know that I will be spending more time in prison and that I will never work for the IRS or the U.S. government again. I have thrown away everything that I worked so hard to achieve in this country, and for that I am ashamed.

But I am not giving up on my future. I know that I have a loving, supportive family both here with my wife and daughters, and in Korea. I hope that I can get out of prison before my parents pass away so I can spend more time with them while they are still alive. I have not seen them in over three years and know I will not see them any time soon. More importantly, I am deeply grateful to Esther for remaining by my side and for my children, who I know love and miss me very much. I will do everything I can to make my mistakes up to them and be the loving and devoted husband and father they deserve.


Bryan Cho

2

**WILLIAM CHEUNG, CPA**

██████████████████

New York, NY 10019

Tel: ████████████  •  Email: ██████████████████

August 15, 2021


Judge Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Honorable Judge Donnelly:

**RE: Letter in Support of Bryan Cho AKA Yong Hee Cho**

My name is William Cheung and I write this letter for your consideration when deciding the sentence to be imposed on Bryan Cho.  I am a proud veteran of the Iraq war and have spent 28 years in the law enforcement field.  As part of the law enforcement community, I usually advocate for harsher sentences.  This is my first time ever writing a letter to the court to ask for leniency, a task that I do not take lightly.  I realize that all federal law enforcement agents will suffer through his actions and the badge that we are so proud to hold has been tarnish.  There are very few minorities of Asian descent in the federal law enforcement ranks and I am proud of being one of the handful of federal law enforcement agents of Asian descent that have been able to achieve a senior manager position.  I realize that what Bryan did will have a negative reflection on the Asian law enforcement community and make it even more difficult for Asian Americans to be treated as equals, but even with that, I still write this letter to ask for leniency for Bryan.  I can only imagine how difficult this must have been for Bryan with many of his friends and colleagues turning away from him.  He has lost so much in a short time.

I first met Bryan in 2009 when I was the IRS-CI Attaché in Hong Kong.  He assisted the Hong Kong office in planning the Executive IRS-CI delegation visit to South Korea.  Bryan was very respectful and knew the protocols and policies regarding meetings between high level officials.  He was a great help to the office in planning the trip.  Years later when I became the Assistant Special Agent in Charge of the New York Field Office, Bryan was one of the agents in the Branch that I supervised.  During that time, he worked on several significant investigations, including an investigation into foreign banks that were assisting U.S. citizens hide their income from the IRS.  Bryan would often ask for advice on how to handle his investigations.  We also talked about personal topics such as family, retirement, and life after IRS.  Through those conversations, I got to know Bryan as a person and felt that the charges in the indictment were out of character.  I was surprised to learn the details of the indictment and struggled to figure out his motive.

I realize that Bryan deserves to be punish for the betrayal of his oath, but on the other hand, his fall has been immense, and he has already suffered immeasurably for his actions, losing his job, reputation, friends, money, freedom, pension, and self-worth.  His family and children will not look to him in the same way, and he may even lose his marriage.  His mistake should not overshadow his accomplishments as an active member of the Korean American Community and public servant.  Bryan has been remanded since his arrest and has since taken responsibility for his actions, which he will be paying for the rest of his life.  As Bryan's former supervisor, I ask that the Court to show mercy and sentence him to the mandatory minimum or to the low range of the sentencing guidelines.

Sincerely,

William Cheung

William Cheung
Assistant Special Agent in Charge
IRS-Criminal Investigation
(Retired)

LETTER FROM HYUNGKI CHO

I am the father of Bryan Cho and currently reside in Seoul, South Korea.

I could not describe into my words how shocked I was when I heard about my son being arrested at the end of January. My son called me once or twice a week to check on how my wife and I are doing. However, he stopped calling me after he got arrested. My wife wondered and asked me about him, so I told my wife in early March about what happened to him. My wife was shocked and did not say anything about it, but on the evening of March 6, she collapsed into three cardiac arrests and fainted. Right after her collapse, 911 arrived and performed CPR quickly so she was miraculously recovering her consciousness and spent a long time in the intensive care unit. Still, her condition is not stable, and an implantable cardioverter defibrillator (ICD) was inserted into her heart while she was in the ICU. Considering this difficult situation, I would submit this letter of leniency petition on behalf of my wife as well.

My wife and I are blaming ourselves for what happened to our son, and as I spent 20 years as an Air Force officer, he grew up under a strict father until he was 20 years old. Even though I had raised him so strict, he always tried to be good to me and my wife and called me every week. He was the son who tried to do his best to us. Every summer, he was always traveling with us. As I remember, he was a child who would never pass by if there were poor people. He even brought such a person home. He was a warm-hearted and kind person. Also, he is a dedicated Christian to go to a church every Sunday. As a parent, it is like everything is my fault now.

Please forgive my son to live a new life again. If you could give leniency, I will promise that I will lead him to live a new life. I believe that he sincerely regrets his actions and vows never to repeat them. I believe him because I know him well as his parent and humbly request a lenient sentence as time in jail. I sincerely hope that my son will regret for what he has done and repent and return to society so that he can live his whole life doing good things to the society.

LETTER FROM ESTHER CHO

Dear Judge Donelly,

I met my husband Bryan Cho in January 2005 at a bible study run by a church in New York. I was living alone at the time, having left my family in Korea a year before to attend graduate school and pursue a new life in the United States. I knew almost no one in this country, did not speak English, and was away from my family and friends for the first time in my life. I was often lonely, but found comfort and community in the Christian church. And that is how I first came to know the man who would later become my husband.

Bryan and I both came from Christian families in Korea and religion was always very important to us. We came to know and respect each other through our shared commitment to strengthening our faith. We studied Bible verses together, prayed, and attended church events. Bryan's maturity, trustworthiness, and devotion to his faith were evident to me early on, and it was for these reasons that I agreed to marry him.

We got married in 2006 and our older daughter, Yu███ was born the following year. Yu███ was born two days late, after 14 hours of painful labor, which required me to stay in the hospital for several days to recover. I was 26 years old when I had Yu███, and, looking back, it is clear that I was not quite prepared to be a mother. Apart from Bryan, I was living alone in a foreign country, separated from my family, and at times struggled with postpartum depression and loneliness.

Bryan was a source of strength and comfort to me in those early years of childrearing.  From the moment Yu███ was born until today, he has been a devoted and loving father and husband, who happily and without complaint took care of his family. After our second daughter, Ye███ was born in 2011, my physical health continued to deteriorate, my body got weaker, and I had to be hospitalized twice due to acute pyelitis. Because we had no other family in the United States, Bryan was left to care for our children and our home during my hospital stays. He did so lovingly and without complaint, allowing me to take comfort in the fact that my daughters were safe, loved, and happy, even while I was away.

Apart from my health issues, Bryan and I have had a happy marriage, built on our faith and our love and devotion to each other and to our children. We both left our lives and families in Korea to pursue our dreams in this country—his to complete his education and pursue a career in finance and mine to become an actress. And we both came to the United States dreaming of one day starting a family of our own, understanding that we would need to work hard to provide our children with every opportunity to achieve a happy and successful life.

One of the ways Bryan has provided for his family is through his work at the IRS. Bryan has been at the IRS almost the entire time we have been married.  He is proud to serve his adopted country and has worked hard to achieve success. I have always admired his work ethic and commitment to his career, and am thankful not only for the financial stability that it has afforded us, but also for the example he has provided to our children.  Yu███ and Ye███ know their father started with nothing, relied on no one, and yet was able to build a stable and successful career through his many years of hard work. I frequently describe Bryan using a Korean word which means wise, efficient, and driven.  And I already see that Bryan's values and characteristics have rubbed off on our daughters, both of whom have excelled at school, earning

1

LETTER FROM ESTHER CHO

top grades in very challenging academic settings, and have done extremely well in sports, music, and other extracurricular activities.  Their father has taught them that hard work pays off, and he has nurtured in them a love for education and commitment to making themselves the very best versions of themselves.

Bryan has special bonds with each of our daughters, showing his extreme love and devotion to them in different ways throughout their childhoods.  To Yu███, Bryan is a confidante and mentor, the person who has always been there to patiently and lovingly guide her through life and advise her as she confronts the various challenges faced by every teenager figuring out who and what she wants to be.  To Ye████, he is her best friend, her favorite playmate, her "adventure buddy"—always stopping whatever he is doing to share a laugh or a special moment together.  To both of them, he is their "rock." From the moment they were born until his arrest in January, he has been the calm and steady presence in their lives, showing them time and again that he is there whenever they need him, that they are the most important people in their lives, and that he will always keep them safe and happy.

Your Honor, it is difficult to express how much Bryan's arrest and incarceration have affected my daughters' lives. Their worlds were turned upside down when the federal agents raided our home in January and took their father away.  The bonds they have always had with their father had only grown stronger during the COVID months, with Bryan working from home and taking advantage of the extra time with his family. It has now been nearly nine months since my daughters last saw their father, and they have only rarely spoken to him on the phone.  While Bryan and I have mostly tried to shield our daughters from the details of his case and the horrors of his detention, they are both smart girls and understand that it will be some time until they are reunited with their father. They miss him dearly, every day, and worry constantly about how our family will survive while he is in jail. I tell you this not in an attempt to exploit your sympathy— I understand that my husband's actions can and should have consequences—but to remind you that the people suffering the most from those consequences are two innocent, brokenhearted girls.

As devastated as we have all been have been these last nine months, we know that we are also lucky.  We are a close family, which has stuck together through thick and thin.  And we continue to be supported by Bryan's family and my own, who have provided us with emotional and financial assistance in our times of need. Bryan's relationship with his mother and father was at one time fraught—they placed immense pressure on him to succeed academically, and cut him off when he failed to live up to their expectations.  But Bryan has since worked tirelessly to repair things with his parents, striving to prove himself by finishing his education, having a successful career and happy family, and caring for them as they enter old age. And, as disappointed as Bryan's family has been in him over the last year, they have made clear that their love and support for their son and grandchildren will always endure.

For my part, the last nine months have been extremely difficult, but my commitment to my husband has never wavered.  Because I do not speak much English, Bryan has always been the one to communicate and coordinate with our daughters' schools, take care of our family's finances, and make our travel arrangements and plans. I have now had to learn how to do these things on my own, a process made even more bewildering and challenging during a worldwide

2

pandemic.  I have not been able to visit Bryan once since he was arrested in January, and our phone conversations are brief and intermittent.  I miss him dearly, and I am very worried for myself and my daughters while he stays in prison. But I know that we will continue to be strong for each other and for him, and that we will be counting the days until he can return to our home.

Your Honor, I do not seek to excuse what my husband has done.  He has let down his family, his country, and himself.  But I hope that you will see that he is a decent and kind man, and a devoted and loving father and husband.  And I hope you can recognize that he has already suffered immensely for his actions—he has lost the career he worked his whole life to achieve, and he has spent nine months away from his family and incarcerated in extremely harsh and dangerous conditions. Bryan has made mistakes, but he is paying for them.  He is a good person and he means the world to me and my children.  I simply ask that you consider these things as you decide his sentence.

Sincerely,

Esther Cho

3

Your Honor,

I am Bryan Cho's youngest daughter, Ye████ C███. I wanted to start by saying that my father is really amazing and my favorite person on this earth. He's a superhero, a piece of me, special to me, and most importantly a person and somebody's dad, me! He is a superhero because he is a sacrificing dad who does things for me, my sister, and my mom.

Here are some of the many things he has done for me which I will always cherish and remember:

He makes weekends fun.
When it's the weekend my dad takes us to New Jersey to go shopping and out to eat, even when he doesn't want to make the drive.  He does it because he knows it's fun for us and to make sure we are not bored

He wakes up early to comfort me.
When I was a toddler I would wake up very early in the morning and I would go to my dad. I would kiss him on the cheek and even though he was probably exhausted he got up and poured me some milk. While he gave me my breakfast, I turned on the tv and watched mickey mouse. When he gave me the milk I saw the smile on his face as he watched me enjoying the tv and milk. I will always remember this special memory of my dad. I always knew how special, caring,and loving he was ever since I was a little child.

He is always there for me.
Whenever I have a hard time with my homework or whenever I'm sad or mentally unhealthy he would always be there for me. He would make me laugh and would take me outside for a nice walk. During quarantine, I was stuck on my schoolwork and my dad helped me. Due to his wonderful teaching and help, I eventually got comfortable with the academic work I used to be unsure about. When I didn't know how to work zoom he was always willing to help no matter where he was or what he was doing.

He sacrifices a lot of stuff for me.
Whenever he is tired or doesn't want to go somewhere he still would take us places. When we are on vacation I know he might want to relax but he still does activities with us. Despite his tiredness, he is always devoted to spending time with me and my sister and making hisfamily happy.

He makes sure we are happy.
Even during this situation when he is not physically with us, he still makes sure we are not bored. He tells my mom to make sure that we have a good time even though we are not together. After the police came to our house on August 11th, my dad was a bit down and frightened.  But he stayed so strong and made sure we were happy  and never  bored. If there was an award to the strongest,  most amazing, and loving dad the award would go straight to my dad, Bryan Cho.

LETTER FROM YE.C.

He gives the best hugs.

Whenever I hug my dad it feels like a warm blanket covering and protecting me. I feel safe.
Whenever I am sad, he hugs me and when he does it feels like a safe spot, a place where I can
share all my secrets. I used to think because my dad's hugs are so life-changing I want to share
his love with other people. From then when my friends, my mom, my sister, anybody was down I
would hug them as my dad hugged me. He is a life-changing, warm, super amazing, beautiful,
kind, and sacrificing person. I'm so grateful to have him in my life and I miss him incredibly.

He gives the most amazing advice.

Whenever I have friend drama he tells me how to brighten and settle the situations. He tells me
how to deal with hate from my TikTok account. He told me that my account was underrated and
when I didn't know what underrated meant, he told me that it means, "you deserve more fame".
He always protected me from the cyberbullying of theinternet.

He is my ride buddy.

I absolutely love roller coasters. But the problem is my mom and my sister are scared of them.
My dad on the other hand is not. He is my ride partner because we love going on rides together.
When we go to amusement parks we always ride the scariest ones together. He always makes
sure I have a good time and enjoy my life to the fullest.

He is my foodie.

I love food. But guess who loves it too. Yes, you guessed it, my wonderful dad. Eating meals
together is one of the many ways we connect. We would always eat food together and share them
but when I tried my dad's food he gave me all of it and said in a happy tone "Here have it,
Yennie, I love you." That's how respectful and generous he is and that's how much he cares about
me.

He is willing to play with me.

When I was younger I would get my makeup set and I would give my dad a makeover. I tied his
tiny hair in the front and I made him a pretty princess. He was always happy about playing with
me and spending time even if he didn't like it he would not say anything and he would havea
huge smile on his face. He is like a beautiful princess to me.

He supports my big dreams and is my number 1 fan.

I want to become a Korean American actress, and my dad supports me all the way. Since I found
my love for acting this year and he wasn't here I couldn't show him my acting skills but he told
me that I would be an amazing actress. He still believed in my dreams regardless of being able to

LETTER FROM YE.C.

see them physically. His inspirational words motivated me so much and it made me cry because having an amazing supportive dad is basically all I need to make me fulfill my dreams.

He is my working-out buddy.
During quarantine, we saw that working out was trending so we wanted to stay fit and hop on the trend. While doing it, it showed me how hard my dad works as he showed me not to give up even through pain or weakness. Now when I work out it reminds me of him and how he told me to work hard and never give up.

He is my assistant in the kitchen.
During quarantine, I started baking and cooking with my sister. When we made our food or drinks, my dad and mom were the ones to taste them. Even if it was bad he would still say it tasted good with a smile on his face even if it tasted bad. He is always putting out positivity which inspires me to be a positive person.

He is my happiness and sun.
Whenever I'm sad or I get in trouble he would hug me and tell me it was okay. He gives me good, uplifting pep talks and makes me feel happy even at my lowest point. He was like the sun to my cloud. He's really funny and he makes me laugh all the time. He is like a joker card. I miss his funniness because it is the only thing that can truly make me happy and switch up my mood fast. I would do literally anything to have that back especially during a time like this.

He is my other half, and a piece of me.
Ever since I was a baby, people have told me that I look a lot like my dad, and honestly, I couldn't see it at first but now I do. But what is even funnier and more amazing is that we have suchsimilar personalities. We both like scary rides, we don't give up easily, we love seeing peoplesmile, we love giving back to people, and we love being funny and lightening up the mood. When I lost him it felt like I lost half of me, it felt like I lost the person I should never lose.

He is my TikTok fan.
I started my TikTok account in early April 2020. He supported me the whole way (I have 314.9k followers) but I earned that because of my dad's support and encouragement. He helped me with ideas and he always congratulated me when I hit milestones. I wouldn't be where I am and expressing my passions without him.

He is my life, my joy, and my father.
Losing him was like I lost myself. It felt empty. It felt lonely. I miss my dad and I would do anything to have my dad back. I miss my sun to my cloud, I miss my milkman, I miss my TikTok fan, my other half, my working out buddy, my acting supporter, my foodie, my ride

buddy, my advice man, my hug man, my entertainer, my sacrifice man, my driver, and most of all my loving, strong dad.

I remember the trauma of the day when my dad went away. Seeing my dad cuffed down while still half asleep traumatized me. Whenever I hear the doorbell or a bang it reminds me of my dad and that day. Our family is incomplete without him.

He is an amazingly warm person and I swear by those words. If I asked my close friends what kind of a person my dad is I know they would say funny, kind, and generous. I really miss my dad. I'm ten years old and I feel like I need my dad for the rest of my childhood. I have only eight more years until I'm an adult. I want to spend those eight years with my complete family, my mom, my sister, and most importantly my dad. He is a strong and trustworthy person. I'm so proud of what he achieved in life and what kind of person he is. He is really special to me. Although I love my mom, if someone asked me who do you get along with better or who do you like better, or who is nicer, I would choose my dad.

My dad and I always spent time together when our family went on vacation. While my mom and sister were off doing other things, my dad and I would go on walks together and sometimes he'd take me to get a massage.   When weare in a hotel and I sit up from my bed I see my dad and we always go and get breakfast togetheralone. I remember once getting coconuts to drink from—I didn't really like it but my dad did!

During these 5 months without my dad I've changed. I found my love for coconut water and whenever I drink it or whenever I do anything that reminds me of my dad it makes mefeel happy but sad at the same time. He is really gifted and special. I wrote so many poems and stories in my past school years, and most of them are about my dad. They were about how much I love him and what an important figure he is in my life. I want to say that he is so inspiring, so special, and so amazing. If you see the videos on our family computer you can see videos of me, my sister, and my dad singing and dancing. He loves to have fun with us, his family which he cherishes the most in this world. He is so genuine, sweet-hearted, and warm.

When I see my mom and dad and their beautiful relationship I always say to myself one day I want to have their relationship with someone I love when I grow up. When you see the relationship between me and my dad, my sister and my dad, and my mom and my dad it's amazing because we all have such good relationships with a loving person like him. He is so special to so many, but it was always me and my dad. We have such a one-of-a-kind relationship. Losing my dad for about 5 months was so hard for me. I remember the first week I had online school and I was crying the whole day. Even when my dad goes on business trips I'm always the one crying. I'm so attached to my dad, and losing him makes me feel lonely and sad. I'm so attached to him that I always need to be with him. I'm daddy's girl.

Sincerely,

Ye███ C███

LETTER FROM YU.C.

Your Honor,

I am Yu█████C█████, Bryan Cho's oldest daughter. My father has played a significant role in my life as he is not only my father but someone I will always look up to  He has always encouraged me to be my best self and would do many things to ensure our family's happiness. He would work so hard to take us to see and experience new things (vacations, parks, scenery) and let me and my sister participate in the hobbies we are passionate about. He is always striving for the best for his children as he made sure to give us a good education, a comfortable home, and his amazing fatherly love. He would always be down to work out with me, help me with my school work, give me wise life advice, go on walks and runs together, and just spend quality time with me. He is always putting his children first at all times  He would always do the things that I want to do and when no one is willing to participate, he always would. I recall this one time when I had trouble sleeping my dad was there for me and to make me feel better we went on a walk along the beach. He sacrificed his own rest just to be there for me. We went on a nice walk and he gave me life advice  Without his wise words and kind actions, I wouldn't be the strong person I am today. He is always giving off positivity and reassurance me when I am struggling.  His presence has always made me feel a sense of comfort, love, security, and support. He is always protecting our family from racial incidents whenever we go abroad on vacation to predominantly white destinations. Always being the one Asian family, my dad would protect us from the glares and hatefulness of other people. My dad is the only one in our family that can never be torn down from hate and stands up for us in any attack. His love for me and my family has always driven us to be the best person we can be  From him, I learned how to take action and fight for myself and others. My dad has always protected us from this biased world and currently, I am playing his part in our family without him. He is always bringing out the best in every single one of us. He is the light in our family and we need that light back in this darkness   When there was no one there for me, without a doubt my dad would be right by my side. When I was sick, he would be there for me all night making me feel better. He always made sure we were happy, putting our joy and comfort before his. Whenever we went on vacation, he made sure to sleep on the couch so the rest of us could sleep in the comfort of the bed. My dad doesn't enjoy driving, but when it came to entertaining us when we were bored, he would always drive us to places we wanted to go. Over quarantine, he would research parks near our vicinity and drive us to cool places. He always prioritized my family's happiness under whatever circumstances, even facing his fears and dislikes for us. He does more than play the role of a father, he is our family's hero. Without him, it truly feels like a major part of our family's love was ripped as he was the supplier for our joy

Taking away my father is taking away my childhood and our family's source of joy. In most cases, it is crucial to have a father/father figure in a child's life, especially a loving, selfless, and hard working father like him  It is also destroying the mountain my parents have been working so hard to climb so we could have a good childhood. I cannot wait to share more stories and

LETTER FROM YU.C.

advice with him during sleepless nights, go on more runs together so he can train me for the varsity track team, and learn more from him to be an even more strong person in this scary world. I trust you to consider this letter as I need my dad back at home with us, he will heal our broken hearts and we will get back our joy and protector   I can only start to imagine what my life would be without him, our family would never be the same; my mom won't have the love of her life with her, my younger sister won't have her other half, and I won't have my mentor, the person I look up to, and best friend during my years of becoming a young woman hoping to adopt his amazing qualities and have his presence to assure me during all the hard times I would have to face. I hope you keep in mind our family's future and the importance my father plays at home and in our hearts when it comes to the final decision. There is no one like him in this world and it is more than a blessing to have him in my life, his position in our family and our hearts will never be filled unless we have him back.

Sincerely,



LETTER FROM TAE HYUN KIM

Tae Hyun Kim

████████████████████████

Cheongwon-gu, Cheongju-si, Chungcheongbuk-do,
South Korea 28146

The Honorable Ann M. Donnelly
Eastern District of New York

August __, 2021

**RE: Petition for Leniency on Bryan Cho**
**E.D.N.Y. Docket No. 21-CR-40 (AMD)**

Dear Judge Donnelly:

I would like to express my utmost respect to you and the court system carrying out the

justice.  I write this petition to request leniency on Bryan Cho's sentencing.

I am a pastor and missionary who has known Bryan Cho for about forty years. I was an

air force army chaplain during the time Bryan Cho's father was a troop commander in the same

air force. Bryan was around 10 years old when he started to attend my church's Sunday School. I

distinctively remember him to be a faithful boy who thought of others before himself. I was also

Bryan's English tutor when he was in high school. He matured into an adult who loved the Lord

and had a strong social responsibility.

When I heard Bryan was charged with wire fraud and identity theft, I was in shock. This

was completely against Bryan's character. I cannot describe his parents' sorrow. His mother

collapsed with a heart attack upon hearing the news and had to be transported to a hospital on an

ambulance. She was in ICU for a long time and still to this day has not recovered fully.

Bryan's parents are longtime elders in church and are involved in mission work. Bryan

and his family are role members of their societies who are active in church and in missions.

Thus, it is so shocking that Bryan is involved in wire fraud and identity theft.

LETTER FROM TAE HYUN KIM

It is still hard to believe Bryan was involved in such crimes, but I am confident that if he is given leniency, he will be a changed person. Bryan is repentant of his actions. His parents and I will do our best to not let Bryan repeat his mistakes.

I sincerely request leniency on Bryan given his remorse for his mistakes and how he has lived an exemplary life before this incident.

Sincerely,

Tae Hyun Kim

LETTER FROM AMY LINDNER

August 24, 2021

Judge Ann M. Donnelly

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Your Honor:

I have known Bryan Cho for over 15 years as a former colleague and friend.

Bryan is a man of great integrity, is extremely dedicated to his family and work and truly exudes generosity, both in deed and particularly, in spirit.

Bryan was effective on the job and was always willing to offer assistance to others. I can confirm that in all the time I have known him, Bryan has been a reliable, trustworthy and decent person.

I can't think of a nicer or more helpful person than Bryan. He is an individual of good character and I'm proud to call him a friend and will continue to do so.

Sincerely,

Amy N. Lindner

# Joseph and Joyce Park

██████████ Alotau, MBP 211, Papua New Guinea

████████████████████████

████████████████

August 15, 2021

Honorable Judge Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Honorable Judge Ann M. Donnelly,

We, Joseph and Joyce Park, are Christian missionaries affiliated with Wycliffe Bible Translators of Canada, and have been working for Bible Translation ministry in Papua New Guinea since 2010.

Bryan Cho has supported our ministry by prayers and charitable giving since 2015. As far as we know, he has been a good husband and father. Whenever we asked his prayer points, he always mentioned about his family, especially his lovely two daughters. His children need their father's love and care continually.

Thanks for your consideration.

Sincerely,

Joseph and Joyce Park

LETTER FROM MICHAEL SCARINGI

Michael Scaringi

██████████████

New Hyde Park, NY 11040

███████████

July 28, 2021

Honorable Judge Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Bryan Cho

Dear Judge Donnelly,

My name is Michael Scaringi.  I am a retired IRS-CI Special Agent.  In October of last year, I was rehired by CI to train new Special Agents assigned to the New York Field Office.  Recently, I was asked by the front office to retrieve a government-issued identity card that was assigned to Bryan Cho.  This Personal Identity Verification ("PIV") card remained in the possession of Bryan's family after his arrest.  Bryan, and his family, fully cooperated with my request and the coveted PIV card was returned to CI within a few days.

Bryan and I were assigned to the same group for approximately four years.  He was a solid hardworking case agent who never gave anyone cause to question his honesty or integrity.  Moreover, he was an excellent groupmate.  I cannot fathom his recent behavior; however, I firmly believe that it is an aberration that won't be repeated as he goes forward and rebuilds his life.

Respectfully,

Michael Scaringi

20