# EXHIBIT B

Attachment 5

| *SSA Workload Review* |
|---|
| **Special Agent Name & Grade:**  **Date:**<br>Bryan Cho GS1811-12   07-23-14 |
| **SSA:**   Neil Cohen<br>**Group:**       13-07 |
| *Investigative* |
| See 6083s |
| *Resources* |
| **Equipment:**<br>Bryan properly maintains his equipment which has been accounted for. |
| **Vehicle Maintenance:**<br>Bryan properly maintains his GOV.  He is expected to submit his monthly car reports on a timely basis. |
| **Computers:**<br>Bryan is proficient in the use of his computer and is particularly adept at using the research tools available. |
| *Administrative* |
| **Diary:**<br> Bryan's diary is up to date and prepared as per the IRM guidelines.  However, it is suggested that Bryan include additional detail about the nature of his investigative activity in the diary. |
| **Tax Returns**<br>Annual physical tax return inventory was conducted on 11/15/13 and all returns were verified.   (Note discrepancies, if any.) |
| **Investigative Controls**<br>Reviewed on           and certified as accurate. |
| **Availability Pay:**<br>10.55 average hours per Table 2b. |
| **Imprest Funds/Confidential Informants**<br>N/A |
| **Travel Vouchers:**<br>Submitted timely with required documentation. |
| **Undercover/Contact Agent:**<br>N/A |

Attachment 5

| | |
|---|---|
| **Bank Cards:** Bryan properly utilizes his bankcards.  Reports are submitted timely. | |
| ***Other*** | |
| **EPF's:** Bryan's EPF is being properly maintained and up-to-date. | |
| **Developmental Assignments:** | |
| **Training Requested:** List training:  None (Reminder, submit for inclusion in FO training log.) | |
| **Training Completed:** | |
| **Health  Improvement Program:** Bryan currently participates in the HIP program | |
| **Collateral Assignments/ Misc. Duties** N/A | |
| **Security (physical and electronic):** Bryan properly safeguards his computer and all sensitive files and documents he is working on as per the IRM. | |
| **Firearms:** Bryan has qualified semi-annually with his assigned firearm. | |
| **Defensive Tactics:** Bryan has generally participated in the scheduled DT training exercises this past reporting period. | |
| **SSA Signature/Date** *[signature]* 07/24/14 | |
| This workload review has been discussed with me and I have been given a copy. **Agent Signature/Date** *[signature]*   **09/17/2014** | |
| | |
| | |

**Midyear Evaluative Feedback**
(This is to be used as a midyear progress discussion)

| | |
|---|---|
| 1.  Employee Satisfaction-Employee Contribution: | Discussed |
| 2.  Customer Satisfaction-Knowledge: | Discussed |

Attachment 5

| 3.  Customer Satisfaction-Application: | Discussed |
|---|---|
| 4.  Business Results-Quality: | Discussed |
| 5.  Business Results-Efficiency: | Discussed |

Retention Standard Discussed with Employee             Discussed

**Additional Comments:**
This is Bryan's first review following his Grade 13 promotion earlier this year. Bryan has become increasinlgy involved in challenging casework.  Bryan has also shown an interest to take on a greater leadership role in the group, particularly with the departure of SA David Lum, one of the the group's most senior agents.  Bryan readily makes himself available to be of assistance to other group members.  He does so in a pleasant and professional manner.

Bryan is presently winding down with his involvement in the "586" identity theft investigation.  Regrettably, the US Attorney's Office appears no longer interested in pursuing any additional targets in the investigation, including one of the leading figures in the scheme.  Nonetheless, the investigation has led to the successful prosecution of several key co-conspirators.

Bryan's case involving a cardiologist who failed to report the existence of his Swiss bank account is proceeding well.  There are clear indications that the subject underreported his business receipts from his practice which he then transferred to Switzerland and India.  Bryan will submit a service-initiated grand jury request so that an MLAT request can be made to obtain the subject's foreign bank records from India.

Bryan has been very busy in developing the "Orange" investigation together with SA Lum.  With SA Lum's recent departure, Bryan will assume a greater role in the investigation.  It goes without saying that this is a highly sensitive and overly challenging investigation that will regularly draw the attention of upper management.  There are various allegations as part of this investigation.  It appears that the tax allegation presently appears most promising.  Bryan will be working closely with his contacts abroad to obtain the records needed to support the allegations.

Bryan is also busy with a pipeline case involving an unscrupulous return preparer.  Bryan has developed a good working relationship with the DOJ attorney who is prosecuting the case.  An indictment is expected in about 4 - 8 weeks.

Bryan recently initiated a PI for one of the owners of a Korean company which has received extensive world-wide attention.  The part-owner, who maintains a residence in NY, is linked by numerous news stories to various types of fraud. Korea has filed a SCIP request as well.  If the PI is elevated to an SCI, Bryan will

Attachment 5

need to successfully juggle several very challenging investigations, all with international ties.

In conclusion, I expect Bryan to continue building on his recent success. He is a pleasure to work with.