# EXHIBIT D

## Possible PC referral

| | |
|---|---|
| **From:** | "Kim, Joon H." |
| **To:** | |
| **Cc:** | Cho Bryan < > |
| **Date** | Tue, 10 Apr 2018 18 00 58  0400 |

Tatiana and Russell:

Hope you are doing well.  I just wanted to introduce you to Bryan Cho, a terrific IRS agent, who has worked with SDNY in the past.  He asked me to put him in touch with the public corruption chiefs as he has a promising investigation that has a public corruption angle.  I said I would introduce you all by email.  So here we go.

Hope everyone is doing well.  As you know, I am cheering you on from the sidelines.

Joon

---

**Joon H  Kim**
*Cleary Gottlieb Steen & Hamilton LLP*
Assistant:
One Libert                     NY 10006
T  +1 212 225 2950 | F  +1 212 225 3999
                | clearygottlieb.com

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.