# EXHIBIT E

### CRIMINAL INVESTIGATION DIVISION
### Employee Profile Listing (PER01)
### Listing by Organization: New York FO SAC Office
### Report Run Date: 10/30/2020  9:18:46AM

**CHO, BRYAN (Active)**

| | | | |
|---|---|---|---|
| **Name (CimisId):** | CHO, BRYAN (7977) | **SSN:** | ***-**-0290 |
| **SEID:** | 441KB | **DOB:** | 1971 |
| **Email Address:** | | **Service Comp. Date:** | 08/09/2004 |
| **CI Entry Date:** | 09/28/2008 | **SixC Date:** | 09/28/2008 |
| **Retirement Plan:** | Federal Employee Retirement System | **Update Date:** | 03/23/2016 |

Data Source: CIMIS As Of 10/30/2020  9:18:31AM

**** FOR OFFICIAL USE ONLY ****

CHO000029254        Page 1 of 4

# CRIMINAL INVESTIGATION DIVISION
## Employee Profile Listing (PER01)
### Listing by Organization: New York FO SAC Office

**Report Run Date: 10/30/2020  9:18:46AM**

## CHO, BRYAN (Active)

| | | | |
|---|---|---|---|
| **Name (CimisId):** | CHO, BRYAN (7977) | **SSN:** | ***-**-0290 |
| **SEID:** | 441KB | **DOB:** | ▮▮▮▮ 1971 |
| **Email Address:** | ▮▮▮▮▮▮▮▮ | **Service Comp. Date:** | 08/09/2004 |
| **CI Entry Date:** | 09/28/2008 | **SixC Date:** | 09/28/2008 |
| **Retirement Plan:** | Federal Employee Retirement System | **Update Date:** | 03/23/2016 |

| | | | |
|---|---|---|---|
| **CI Position:** | S/A in Training | **Organization:** | CLSD-NCITA Basic Group 35 |
| **Occupational Series:** | Criminal Investigating (1811) | **POD:** | Glynco, GA |
| **Pay Plan/Grade:** | GL-09 | **Office Symbols:** | CLOSED |
| **Begin Date:** | 09/28/2008 | **End Date:** | 04/28/2009 |
| | | **Update Date:** | 04/30/2009 |

| **Primary Address** | **Comment** | **Update Date** |
|---|---|---|
| 1131 Chapel Crossing Road<br>Glynco, GA 31524 | | 10/02/2008 |

| | | | |
|---|---|---|---|
| **CI Position:** | Special Agent | **Organization:** | New York FO Branch B Group 03 |
| **Occupational Series:** | Criminal Investigating (1811) | **POD:** | Bronx, NY |
| **Pay Plan/Grade:** | GS-09 | **Office Symbols:** | SE:CI:NA:NY:03 |
| **Begin Date:** | 04/29/2009 | **End Date:** | 09/12/2009 |
| | | **Update Date:** | 11/29/2010 |

| **Primary Address** | **Comment** | **Update Date** |
|---|---|---|
| Hutchinson Metro Center Suite 108<br>1200 Waters Place<br>Room: 2nd Flr<br>Bronx, NY 10461 | | 05/01/2009 |

| | | | |
|---|---|---|---|
| **CI Position:** | Special Agent | **Organization:** | New York FO Branch B Group 03 |
| **Occupational Series:** | Criminal Investigating (1811) | **POD:** | Bronx, NY |
| **Pay Plan/Grade:** | GS-11 | **Office Symbols:** | SE:CI:NA:NY:03 |
| **Begin Date:** | 09/13/2009 | **End Date:** | 09/11/2010 |
| | | **Update Date:** | 11/29/2010 |

| **Primary Address** | **Comment** | **Update Date** |
|---|---|---|
| Hutchinson Metro Center Suite 108<br>1200 Waters Place<br>Room: 2nd Flr<br>Bronx, NY 10461 | | 11/29/2010 |

| | | | |
|---|---|---|---|
| **CI Position:** | Special Agent | **Organization:** | New York FO Branch B Group 03 |
| **Occupational Series:** | Criminal Investigating (1811) | **POD:** | Bronx, NY |
| **Pay Plan/Grade:** | GS-12 | **Office Symbols:** | SE:CI:NA:NY:03 |
| **Begin Date:** | 09/12/2010 | **End Date:** | 10/08/2011 |
| | | **Update Date:** | 10/11/2011 |

| **Primary Address** | **Comment** | **Update Date** |
|---|---|---|
| 290 Broadway<br>Room: 4th  Flr<br>New York, NY 10007 | | 04/07/2016 |

## CRIMINAL INVESTIGATION DIVISION
### Employee Profile Listing (PER01)
### Listing by Organization: New York FO SAC Office

**Report Run Date: 10/30/2020 9:18:46AM**

---

### CHO, BRYAN (Active)

| | | | |
|---|---|---|---|
| **CI Position:** | Special Agent | **Organization:** | New York FO Branch B Group 07 |
| **Occupational Series:** | Criminal Investigating (1811) | **POD:** | Manhattan, NY |
| **Pay Plan/Grade:** | GS-12 | **Office Symbols:** | SE:CI:NA:NY:07 |
| **Begin Date:** | 10/09/2011 | **End Date:** | 03/22/2014 |
| | | **Update Date:** | 04/02/2014 |

| **Primary Address** | **Comment** | **Update Date** |
|---|---|---|
| | | 10/11/2011 |
| 290 Broadway | | |
| Room: 4th Flr. | | |
| New York, NY 10007 | | |

---

| | | | |
|---|---|---|---|
| **CI Position:** | Special Agent | **Organization:** | New York FO Branch B Group 07 |
| **Occupational Series:** | Criminal Investigating (1811) | **POD:** | Manhattan, NY |
| **Pay Plan/Grade:** | GS-13 | **Office Symbols:** | SE:CI:NA:NY:07 |
| **Begin Date:** | 03/23/2014 | **End Date:** | 11/29/2014 |
| | | **Update Date:** | 12/01/2014 |

| **Primary Address** | **Comment** | **Update Date** |
|---|---|---|
| | | 04/02/2014 |
| 290 Broadway | | |
| Room: 4th Flr. | | |
| New York, NY 10007 | | |

---

| | | | |
|---|---|---|---|
| **CI Position:** | Special Agent | **Organization:** | New York FO Branch C Group 15 |
| **Occupational Series:** | Criminal Investigating (1811) | **POD:** | Manhattan, NY |
| **Pay Plan/Grade:** | GS-13 | **Office Symbols:** | DORMANT |
| **Begin Date:** | 11/30/2014 | **End Date:** | 03/19/2016 |
| | | **Update Date:** | 03/23/2016 |

| **Primary Address** | **Comment** | **Update Date** |
|---|---|---|
| | | 12/01/2014 |
| 290 Broadway | | |
| Room: 4th Flr | | |
| New York, NY 10007 | | |

---

| | | | |
|---|---|---|---|
| **CI Position:** | Special Agent | **Organization:** | New York FO Branch B Group 05 |
| **Occupational Series:** | Criminal Investigating (1811) | **POD:** | Manhattan, NY |
| **Pay Plan/Grade:** | GS-13 | **Office Symbols:** | SE:CI:NA:NY:05 |
| **Begin Date:** | 03/20/2016 | **End Date:** | |
| | | **Update Date:** | 03/23/2016 |

| **Primary Address** | **Comment** | **Update Date** |
|---|---|---|
| | | 03/23/2016 |
| 290 Broadway | | |
| Room: 4th floor | | |
| New York, NY 10007 | | |

**CRIMINAL INVESTIGATION DIVISION**
Employee Profile Listing (PER01)
Listing by Organization: New York FO SAC Office

Report Run Date:  10/30/2020  9:18:46AM

## CHO, BRYAN (Active)

**Phones:**

| Phone Number | Ext/PIN# | Comment | Update Date |
|---|---|---|---|
| PB | | | 10/24/2011 |
| VM | | | 10/24/2011 |
| FX | | | 06/29/2015 |
| CL | | | 09/25/2009 |
| EM | | Wife's Cell | 05/15/2012 |
| AH | | Personal Cell Phone | 05/05/2009 |

PB: Public, PR: Private (Direct) Line, VM: Voice Messaging System, FX: Fax, PG: Pager, CL: Cellular, EM: Emergency Contact, AH: After Hours

**Rates:**

| Leap Rate | AUO Rate | Begin Date | End Date | Update Date |
|---|---|---|---|---|
| 0.25 | | 09/28/2008 | | 10/02/2008 |

**Skills:**

| Description | Note | Update Date |
|---|---|---|
| Korean | | 04/13/2017 |

I have reviewed this profile and (check a box below)

☐ There are no changes

☐ There are changes (enter changes below)

Signed:                                 Date:

Data Source: CIMIS As Of 10/30/2020  9:18:31AM

**** FOR OFFICIAL USE ONLY ****          CHO000029257          Page 4 of 4