# EXHIBIT F

| | |
|---|---|
| From: | Alexander Kosovskiy |
| Sent: | Friday, February 5, 2021 1:57 PM |
| To: | Andrew Chesley |
| Subject: | Re: Inquiry on behalf of Bryan Cho |

| | |
|---|---|
| Categories: | Filed to ND |
| FilingIndicator: | -1 |

**EXTERNAL SENDER**

Dear Andrew,

It is a strange question honestly.

If Mr. Cho contacted you and asked to contact me you have to know his interests.

If Mr. Cho needs to receive any comments from us we need to receive the confirmation letter from him.

Asked him to list the issues he would like us to comment.

As he has never payed as any fees he is not our client but our policy doesn't allow to comment any contacts with clients.

Kind Regards,

**Alexander Kosovskiy**
**Citizenship by Investment Consultant**

t:



a: *Moscow office:* Lesnaya st., 7,

   White Gardens Business center, Building A

   11 floor, Moscow 125047, Russia

   *London office:* 1 Albemarle Street, Mayfair, London, W1S 4HA

w: www.astons.com   e:



Disclaimer Notice: this email and any attachments are sent in confidence and are not intended to be read by any person other than an intended recipient.  The recipient is responsible for conducting the appropriate virus checks and whilst appropriate security measures are in place, we give no warranty, express or implied, that this email is free of viruses or that its transmission has been secure.

If you receive this in error please contact us immediately. Any use, copying or dissemination of this email or any information contained in it to anyone other than an intended recipient is prohibited.

Internet communications are not secure and we accept no liability for any abuse of such communications by third parties nor for any alteration or corruption during transmission nor for any damage or loss caused by any virus or other defect.

Any and all communications sent to us may be monitored and/or stored by us to ensure compliance with relevant legislation, rules and policies.  All communications are handled in full compliance with the EU General Data Protection Regulation (GDPR).

> 5 февр. 2021 г., в 21:49, Andrew Chesley <achesley@kaplanhecker.com> написал(а):
>
> Thank you Alexander, that is helpful. Can you tell me what programs Mr. Cho was considering? If you don't know or can't tell me without a signed letter from Mr. Cho, I would appreciate knowing.
>
> **Andrew Chesley | Kaplan Hecker & Fink LLP**
> Associate
> 350 Fifth Avenue | Suite 7110
> New York, New York 10118
> (W) 212.763.0883 | (M)
> achesley@kaplanhecker.com
>
> ---
>
> **From:** Alexander Kosovskiy
> **Sent:** Friday, February 5, 2021 12:51:44 PM
> **To:** Andrew Chesley <achesley@kaplanhecker.com>
> **Subject:** Re: Inquiry on behalf of Bryan Cho
>
> EXTERNAL SENDER
>
> Dear Andrew,
>
> We didn't safe any chats in WhatsApp.

2

I just can confirm that Mr. Cho didn't start any process with us and we didn't provide him with any services.

He was interesting in some programs but he decided not to move further because of some personal and unknown reasons.

Kind Regards,

**Alexander Kosovskiy**
**Citizenship by Investment Consultant**

t: 

a: *Moscow office:* Lesnaya st., 7,

   White Gardens Business center, Building A

   11 floor, Moscow 125047, Russia

   *London office:* 1 Albemarle Street, Mayfair, London, W1S 4HA

w: www.astons.com   e:

<Outlook-sdzra553.jpg>

Disclaimer Notice: this email and any attachments are sent in confidence and are not intended to be read by any person other than an intended recipient. The recipient is responsible for conducting the appropriate virus checks and whilst appropriate security measures are in place, we give no warranty, express or implied, that this email is free of viruses or that its transmission has been secure.

If you receive this in error please contact us immediately. Any use, copying or dissemination of this email or any information contained in it to anyone other than an intended recipient is prohibited.

Internet communications are not secure and we accept no liability for any abuse of such communications by third parties nor for any alteration or corruption during transmission nor for any damage or loss caused by any virus or other defect.

Any and all communications sent to us may be monitored and/or stored by us to ensure compliance with relevant legislation, rules and policies. All communications are handled in full compliance with the EU General Data Protection Regulation (GDPR).

> 5 февр. 2021 г., в 20:27, Andrew Chesley <achesley@kaplanhecker.com> написал(а):
>
> Alexander,
>
> Thank you, that is my understanding as well. Mr. Cho told me that he discussed some services with Astons but never actually moved forward. I'm just looking for records of Mr. Cho's correspondence with whoever he spoke to at Astons, which I believe took place over WhatsApp, so we can demonstrate to the government that he did not move forward with working with you.
>
> Andrew

**Andrew Chesley** | **Kaplan Hecker** & **Fink LLP**
Associate
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 212.763.0883 | (M)
achesley@kaplanhecker.com

---

**From:** Alexander Kosovskiy
**Sent:** Friday, February 5, 2021 11:20 AM
**To:** Andrew Chesley <achesley@kaplanhecker.com>
**Subject:** Re: Inquiry on behalf of Bryan Cho

<mark>EXTERNAL SENDER</mark>

We didn't provide Mr. Cho with any services.

So actually he is not our client.


Kind Regards,

**Alexander Kosovskiy**
Citizenship by Investment Consultant

t: 

a: London office: 1 Albemarle Street, Mayfair, London, W1S 4HA

Moscow office: Lesnaya st., 7, White Gardens Business center, Building A
11 floor, Moscow 125047, Russia

w: www.astons.com   e:


Disclaimer Notice: this email and any attachments are sent in confidence and are not intended to be read by any person other than an intended recipient.  The recipient is responsible for conducting the appropriate virus checks and whilst appropriate security measures are in place, we give no warranty, express or implied, that this email is free of viruses or that its transmission has been secure.

If you receive this in error please contact us immediately. Any use, copying or dissemination of this email or any information contained in it to anyone other than an intended recipient is prohibited.

Internet communications are not secure and we accept no liability for any abuse of such communications by third parties nor for any alteration or corruption during transmission nor for any damage or loss caused by any virus or other defect.

Any and all communications sent to us may be monitored and/or stored by us to ensure

compliance with relevant legislation, rules and policies.  All communications are handled in full compliance with the EU General Data Protection Regulation (GDPR).

> On 5 Feb 2021, at 18:37, Andrew Chesley <achesley@kaplanhecker.com> wrote:
>
> Alexander,
>
> Thank you for the prompt reply. Mr. Cho is incarcerated and does not have access to his email. I can try to get him a letter to sign, but I cannot meet him in person due to the COVID-19 pandemic so any effort to obtain his signature will be delayed. When he and I last spoke on the phone, he gave me verbal permission to reach out to you. If helpful, I have attached my notice of appearance as one of Mr. Cho's attorneys in the case against him in federal court here in New York.
>
> Happy to discuss further on the phone. In the meantime I will try to get a letter signed by Mr. Cho as quickly as possible.
>
> Andrew
>
> **Andrew Chesley | Kaplan Hecker & Fink LLP**
> Associate
> 350 Fifth Avenue | Suite 7110
> New York, New York 10118
> (W) 212.763.0883 | (M)
> achesley@kaplanhecker.com
>
> ---
>
> **From:** Alexander Kosovskiy
> **Sent:** Friday, February 5, 2021 9:50 AM
> **To:** Andrew Chesley <achesley@kaplanhecker.com>
> **Subject:** Re: Inquiry on behalf of Bryan Cho
>
> EXTERNAL SENDER
>
> Dear Andrew,
>
> Unfortunately I can not share with you any information about our clients without their personal requests.
>
> If Mr. Cho would like to clarify some issue or he wants me to share with you some information please ask him to contact me or send us any official letter of approval from his email.
>
>
> Kind Regards,
>
> **Alexander Kosovskiy**
> Citizenship by Investment Consultant
>
> t:

a: London office: 1 Albemarle Street, Mayfair, London, W1S 4HA

Moscow office: Lesnaya st., 7, White Gardens Business center, Building A
11 floor, Moscow 125047, Russia

w: www.astons.com   e:

Disclaimer Notice: this email and any attachments are sent in confidence and are not intended to be read by any person other than an intended recipient.  The recipient is responsible for conducting the appropriate virus checks and whilst appropriate security measures are in place, we give no warranty, express or implied, that this email is free of viruses or that its transmission has been secure.

If you receive this in error please contact us immediately. Any use, copying or dissemination of this email or any information contained in it to anyone other than an intended recipient is prohibited.

Internet communications are not secure and we accept no liability for any abuse of such communications by third parties nor for any alteration or corruption during transmission nor for any damage or loss caused by any virus or other defect.

Any and all communications sent to us may be monitored and/or stored by us to ensure compliance with relevant legislation, rules and policies.  All communications are handled in full compliance with the EU General Data Protection Regulation (GDPR).

> On 5 Feb 2021, at 17:42, Andrew Chesley <achesley@kaplanhecker.com> wrote:
>
> Mr. Kosovskiy,
>
> I am an attorney in New York and write on behalf of my client Bryan Cho. I received your name from my client, who told me that he had recently communicated with you about residency and citizenship programs. I would appreciate an opportunity to follow up with you to hear what you discussed with Mr. Cho at your earliest convenience. If Mr. Cho is mistaken and he spoke to someone else at Astons, please let me know and I apologize for the inconvenience.

6

I can be reached at my cell phone number below: +1 847 971 5322 or we can set up a call if easier. Thank you,

Andrew Chesley

**Andrew Chesley** | **Kaplan Hecker & Fink LLP**
Associate
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 212.763.0883 | (M)
achesley@kaplanhecker.com

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

<006 - 2021.01.27 - NOA A. Chesley.pdf>

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*