# EXHIBIT G

| | |
|---|---|
| **From:** | Sophia Papapetru |
| **Sent:** | Monday, June 7, 2021 10:21 AM |
| **To:** | Shawn G. Crowley |
| **Cc:** | Andrew Chesley; Marshall L. Miller |
| **Subject:** | RE: Request for Records -- Bryan Cho 27140-509 |
| | |
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

EXTERNAL SENDER

Not a problem.  My pleasure to help, and thank you for being patient with us.

Unfortunately, I cannot provide you with that information.  However, Mr. Cho was not subject to any discipline.

Best,
Sophia


>>> "Shawn G. Crowley" <scrowley@kaplanhecker.com> 6/6/2021 8:48 AM
>>>
Hi Sophia,

Thank you again for getting us in to visit Mr. Cho last Friday morning before his plea.  We really appreciate your help with that, particularly given what I'm sure was a chaotic situation from the power outage.

Following up on the message below—are you able to let us know whether a report was created in connection with the incident involving Mr. Cho on April 11?

Thanks,
Shawn

Shawn G. Crowley | Kaplan Hecker & Fink LLP Counsel
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 332.910.7191<tel:332.910.7191>
 | (M)            <tel:            >
scrowley@kaplanhecker.com

From: Shawn G. Crowley
Sent: Wednesday, June 2, 2021 10:51 AM
To: Sophia Papapetru
Cc: Marshall L. Miller <mmiller@kaplanhecker.com>; Andrew Chesley <achesley@kaplanhecker.com>
Subject: Request for Records -- Bryan Cho 27140-509

Hi Sophia,

1

We represent Bryan Cho, USMS # 27140-509, who has been housed at the MDC since January.  We understand there may have been an incident involving Mr. Cho and another inmate on April 11, 2021 at around 7 a.m.
that was subsequently reported to counselor L. Murray.  Could you please let us know whether an incident report or any other documentation was created in connection with this incident?  If so, could you please provide us with any such report/documentation?

Thank you,
Shawn

Shawn G. Crowley | Kaplan Hecker & Fink LLP Counsel
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 332.910.7191<tel:332.910.7191>
 | (M) ▮▮▮▮▮▮▮▮ <tel:6▮▮▮▮▮▮▮▮>
scrowley@kaplanhecker.com

_____
This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.